**FILED**

JUN 14 2013

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF:<br><br>5929 BIRDCAGE STREET, APT 201<br>CITRUS HEIGHTS, CALIFORNIA 95610 | CASE NO. 2:12-SW-285<br><br>ORDER TO UNSEAL SEARCH WARRANT |

Upon application of the United States, and good cause being shown, prior documents in the above-captioned case, including the search warrant, application for search warrant, and affidavit, are ordered unsealed.

Dated: 6/14/13

_____
THE HON. DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

ORDER TO UNSEAL                               1